

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00631-CV

**IN RE SNAP INSURANCE SERVICE, LLC**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

Delivered and Filed: December 3, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed an amended petition for writ of mandamus on October 21, 2025. Relator subsequently sent correspondence to this court requesting to withdraw its petition for writ of mandamus. The petition for writ of mandamus is **DISMISSED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI20935, styled *Alan Keith Jackel v. Jorge Trevino*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.